In the Matter of the Application of HENRY H. BASSFORD, as Successor Trustee, for a Construction of the Will of SARAH McGEEHAN, Deceased, Respondent.

In the Matter of the Accounting of HENRY H. BASSFORD, as Successor Trustee under the Will of SARAH McGEE-HAN, Deceased, Respondent.

ANDREW S. HAMERSLEY, Special Guardian, et al., Appellants.

*Will — decree of surrogate construing and sustaining validity of will affirmed.*

*Matter of McGeehan,* 200 App. Div. 739, affirmed.

(Submitted January 7, 1924; decided February 19, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1922, which affirmed a decree of the New York County Surrogate's Court construing and sustaining the validity of the will of Sarah McGeehan, deceased, and adjudging that testatrix devised to the Sisters of Charity of St. Vincent de Paul remainders in fee in all of her real property, and directing that the sole surviving trustee under her will pay the cash balance remaining in his hands after certain deductions and assign a certain mortgage to the Sisters of Charity of St. Vincent de Paul.

*Joseph Day Lee, Harry H. Hoffnagle, Andrew S. Hamersley* and *Louis A. Cuvillier* for appellants.

*William Alexander Campbell* for respondents.

Order affirmed, with a separate bill of costs to each respondent filing a brief on this appeal and to each special guardian, payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.